IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DEANDRE WILLIAMS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 3:03-cv-842-WDS |
| RANDALL L. MITCHELL, | ) ) ) |
| Defendant. | ) ) |

**ORDER**

This matter is before the Court on the Motion to Compel filed by the Defendant, Randall L. Mitchell, on March 1, 2006 (Doc. 24). The motion is **GRANTED**.

The Plaintiff has not responded to this motion. Therefore, pursuant to Local Rule 7.1(g), the Court finds the failure to respond an admission of the merits of this motion. On January 19, 2006, the Defendant served interrogatories on the Plaintiff. The Plaintiff did not serve answers to the interrogatories by the February 18, 2006 deadline. See FEDERAL RULE OF CIVIL PROCEDURE 33(b)(3). The Plaintiff also failed to respond to a letter, dated February 21, 2006, seeking responses to the interrogatories. As the Plaintiff has failed to timely respond to the discovery requests, he has waived all objections pursuant to Rule 30(b)(4).

The Plaintiff is **ORDERED** to serve responses to the interrogatories by **March 31, 2006**. The Plaintiff is instructed to respond to the interrogatories fully and without objection. In addition, the Plaintiff is **WARNED** that the failure to respond to the interrogatories by the deadline **SHALL** result in sanctions. Pursuant to Rule 37(b)(2) and 37(d), these sanctions **SHALL** include: 1. Payment of the Defendant's attorney's fees and costs for filing this motion and any subsequent motion to compel responses or for sanctions; and, 2. An Order preventing the Plaintiff from using any evidence, that would be responsive to the Defendant's

interrogatories, to support the Plaintiff's claims in a response to the motion for summary judgment or at trial.

**DATED: March 15, 2006**

**s/ Donald G. Wilkerson**
**DONALD G. WILKERSON**
**United States Magistrate Judge**
