**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **DEANDRE WILLIAMS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **CAUSE NO. 03-CV-842-WDS** |
| | ) | |
| **RANDALL L. MITCHELL,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**MEMORANDUM & ORDER**

**STIEHL, District Judge:**

Before the Court is a Report and Recommendation of United States Magistrate Judge Donald G. Wilkerson that defendant's motion for summary judgment be granted. To date, no objections have been filed by the parties.

Upon review of the record, the Court **ADOPTS** the recommendation of the magistrate judge. Defendant's motion for summary judgment is **GRANTED** and judgment is entered in favor of defendant Randall L. Mitchell and against plaintiff Deandre Williams. The Clerk of the Court is directed to enter judgment accordingly.

**IT IS SO ORDERED.**

**DATED:   July 5, 2006.**


**s/ WILLIAM D.  STIEHL            **
**DISTRICT JUDGE**